[No. 21825-5-I.   Division One.   May 22, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. PETER
FILITAULA, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 87-8-04776-0, Terrence A. Carroll, J., entered
January 29, 1988. *Reversed* by unpublished per curiam
opinion.

[No. 21829-8-I.   Division One.   April 17, 1989.]

INTERNATIONAL CARE CENTERS, INC., *Respondent,* v. THE
DEPARTMENT OF SOCIAL AND HEALTH SERVICES,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85-2-10463-3, Robert E. Dixon, J., entered
February 9, 1988. *Reversed* by unpublished opinion per
Grosse, A.C.J., concurred in by Forrest, J., and Schu-
macher, J. Pro Tem.

[No. 10771-6-II.   Division Two.   April 17, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. BRUCE ALLEN
LEE, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 86-1-00438-4, James D. Roper, J., entered
March 4, 1987. *Reversed* by unpublished opinion per Wors-
wick, J., concurred in by Alexander, C.J., and Reed, J.

[No. 10802-0-II.   Division Two.   April 17, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. BRUCE ALLEN
LEE, *Appellant.*

Appeal from a judgment of the Superior Court for Mason
County, No. 86-1-00102-6, Carol A. Fuller, J., entered
January 13, 1987. *Affirmed* by unpublished opinion per
Worswick, J., concurred in by Alexander, C.J., and Reed, J.